# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BINH CUONG TRAN, | Case No. 1:19-cv-00148-SAB (PC) |
|---|---|
| Plaintiff, | ORDER REGARDING PLAINTIFF'S REQUEST TO VERIFY RECEIPT OF $400.00 FILING FEE |
| v. | |
| S. SMITH, et al., | (ECF No. 7) |
| Defendants. | |

Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2019, Plaintiff filed a document requesting that the Court confirm that it had received the $400.00 check for the civil case filing fee from Sierra Conservation Center. (ECF No. 7.)

The Court received Plaintiff's $400.00 filing fee on February 14, 2019. Consequently, the Court will screen Plaintiff's complaint in due course and will provide Plaintiff with notice of all actions which might affect the case as soon as the action is taken.

IT IS SO ORDERED.

Dated: **March 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1