# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SMITH, et al.,<br><br>        Defendants. | Case No.  1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO OPT-OUT OF SETTLEMENT CONFERENCE<br><br>[ECF No. 27] |

Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 20, 2020, the Court set this case for settlement conference on July 28, 2020, before Magistrate Judge Barbara A. McAuliffe.

Currently before the Court is Plaintiff's request to opt-out of the settlement conference, filed on May 14, 2020.  Plaintiff's request shall be denied.

Initially, the Court's March 20, 2020 order, granted Defendants the option to opt-out of the settlement conference within thirty days.  (See ECF No. 26.)  Further, Defendants did not file an opt-out, and the mere fact that Defendants did not accept Plaintiff's initial offer to settle does not mean that a settlement conference will not be beneficial.  Accordingly, Plaintiff's request to opt-out of the settlement conference is DENIED.

IT IS SO ORDERED.

Dated:   **May 15, 2020**

                                    UNITED STATES MAGISTRATE JUDGE