UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>   Plaintiff,<br><br> v.<br><br>S. SMITH, et al.,<br><br>   Defendants. | Case No.  1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>(ECF No. 35) |

  Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

  Currently before the Court is Defendants' request for an extension of time to respond to Plaintiff's discovery requests, filed September 17, 2020.

  Good cause having been presented, it is HEREBY ORDERED that Defendants are granted to **October 19, 2020**, to respond to Plaintiff's request for production of documents, set one, and request for admissions, set one.

IT IS SO ORDERED.

Dated:  **September 17, 2020**

                   UNITED STATES MAGISTRATE JUDGE

1