UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BING CUONG TRAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>S. SMITH, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. Nos. 39, 42) |

　　　　Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This mater was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 10, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to amend the complaint (Doc. No. 39) be granted in part to add an Eighth Amendment claim against defendants Brown and Garcia, and denied in part regarding plaintiff's proposed addition of an Equal Protection claim.  (Doc. No. 42.)  The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days.  (*Id.* at 6.)  Defendants filed objections on February 24, 2021.  (Doc. No. 43.)  Plaintiff has not filed any objections, and the deadline to do so has since expired.

　　　　In their objections, defendants argue that plaintiff lacks sufficient plausible factual allegations to support his proposed Eighth Amendment claim against defendants Brown and

1

1 Garcia. (*Id.* at 3.) The assigned magistrate judge addressed this argument in the pending findings
2 and recommendations, finding that despite the deficiencies noted, defendants "have not shown
3 that amendment is futile." (Doc. No. 42 at 4.) Although plaintiff's motion to amend does not
4 include proposed sufficient plausible factual allegations to support a cognizable Eighth
5 Amendment claim, the magistrate judge found that plaintiff may "be able to amend to state a
6 viable [Eighth Amendment] claim" against defendants Brown and Garcia and cure the
7 deficiencies identified in the findings and recommendations. (*Id.* at 5.) The undersigned agrees.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the defendants' objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 10, 2021 (Doc. No. 42) are adopted in full;
2. Plaintiff's motion to amend filed on January 6, 2021 (Doc. No. 39) is granted in part and plaintiff will be granted leave to amend to attempt to assert an Eighth Amendment claim against defendants Brown and Garcia only, and his motion to amend will denied in part as to his proposed addition of an Equal Protection claim; and
3. Within twenty-one (21) days from the service of this order, plaintiff shall file an amended complaint adding the new claim and defendants. Plaintiff is advised that an amended complaint supersedes the original complaint. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). Therefore, plaintiff's amended complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

IT IS SO ORDERED.

Dated: **March 9, 2021**

_____
UNITED STATES DISTRICT JUDGE

2