# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SMITH, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT MUNSEL'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO, NUNC PRO TUNC<br><br>(ECF No. 59) |

Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant Munsel's request for an extension of time to respond to Plaintiff's request for production of documents, set two, nunc pro tunc, filed April 28, 2021.

Good cause having been presented, it is HEREBY ORDERED that Defendant Munsel is granted until May 6, 2021, to serve responses to Plaintiff's request for production of documents, set two, including objections.

IT IS SO ORDERED.

Dated: __**April 28, 2021**__

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1