1

2

3

4

5

6                      **UNITED STATES DISTRICT COURT**

7                      **EASTERN DISTRICT OF CALIFORNIA**

8

9    BINH CUONG TRAN,                          Case No.  1:19-cv-00148-DAD-SAB (PC)

10                      Plaintiff,             ORDER GRANTING DEFENDANTS'
                                               MOTION TO VACATE THE CURRENT
11            v.                                DISPOSITIVE MOTION DEADLINE

12   S. SMITH, et al.,                          (ECF No. 62)

13                      Defendants.

14

15          Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action

16   pursuant to 42 U.S.C. § 1983.

17          Currently before the Court is Defendants' motion to vacate and reset the dispositive

18   motion deadline, filed on May 13, 2021.

19          Good cause having been presented, it is HEREBY ORDERED that the current dispositive

20   motion of June 7, 2021 is VACATED and the Court will reset the dispositive motion deadline

21   after a final ruling on Defendants' motion to strike Plaintiff's first amended complaint has been

22   issued.

23

24   IT IS SO ORDERED.

25   Dated:   **May 13, 2021**                 _____

26                                             UNITED STATES MAGISTRATE JUDGE

27

28

                                               1