# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>   Plaintiff,<br><br>   v.<br><br>S. SMITH, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF No. 73) |

Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for an extension of time to file a response to Plaintiff's first amended complaint, filed June 4, 2021.

Good cause having been presented, it is HEREBY ORDERED that Defendants' response to Plaintiff's first amended complaint shall be filed on or before July 22, 2021.

IT IS SO ORDERED.

Dated: **June 4, 2021**

UNITED STATES MAGISTRATE JUDGE

1