UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SMITH, et al.,<br><br>        Defendants. | No. 1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 64, 65) |

    Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 18, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for preliminary injunctive relief (Doc. No. 64) be denied. (Doc. No. 65.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 4.)  To date, no objections have been filed, and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 18, 2021 (Doc. No. 65) are adopted in full;
2. Plaintiff's motion for a preliminary injunction (Doc. No. 64) is denied; and
3. This case is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 15, 2021**

UNITED STATES DISTRICT JUDGE

2