# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>  Plaintiff,<br><br>  v.<br><br>S. SMITH, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00148-DAD-SAB (PC)<br><br>**AMENDED DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 10, 2021, the Court granted in part and denied in part Plaintiff's motion to amend the complaint. (ECF No. 49.) The Court granted Plaintiff's motion to add an Eighth Amendment claim against Defendants Brown and Garcia. On May 26, 2021, the Court granted in part and denied in part Defendants' motion to strike Plaintiff's first amended complaint. (ECF No. 68.) On June 4, 2021, the Court granted Defendants' request for an extension of time to file a response to the first amended complaint. (ECF No. 74.)

On July 22, 2021, Defendants filed an answer to the third amended complaint. Accordingly, this action now proceeds on Plaintiff's first amended complaint against Defendants Munsel, Jericoff, Brown, and Garcia, for deliberate indifference in violation of the Eighth Amendment.

In light of additional Defendants, the Court issues an amended discovery and scheduling order. Accordingly, it is HEREBY ORDERED that:

1. Exhaustion Motion Filing Deadline: **September 30, 2021**
2. Deadline to Amend Pleadings: **November 30, 2021**
3. Discovery Deadline: **January 31, 2022**
4. Dispositive Motion Deadline: **March 31, 2022**
5. All other substantive provisions of the Court's July 29, 2020 remain in effect.

IT IS SO ORDERED.

Dated:   **July 23, 2021**

UNITED STATES MAGISTRATE JUDGE