1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BINH CUONG TRAN,                              No.  1:19-cv-00148-DAD-SAB (PC)

12                    Plaintiff,

13        v.                                        ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS, AND DENYING
14    S. SMITH, et al.,                             PLAINTIFF'S MOTION FOR
                                                    PRELIMINARY INJUNCTION
15                    Defendants.
                                                    (Doc. Nos. 81, 83)
16

17

18        Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action

19    pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge

20    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On July 26, 2021, plaintiff filed a motion seeking a court order to impose monetary

22    penalties for alleged interference with plaintiff's prison mail.  (Doc. No. 81.)  The assigned

23    magistrate judge construed this request as a motion for a preliminary injunction.  (Doc. No. 83

24    at 1.)  On July 27, 2021, the assigned magistrate judge issued findings and recommendations

25    recommending that plaintiff's motion for a preliminary injunction be denied due to plaintiff's

26    failure to allege the possibility of irreparable harm; because the requested relief did not relate to

27    the subject matter of plaintiff's complaint; and because isolated incidents of mail interference or

28    tampering is not a cognizable claim under section 1983.  (*Id.* at 3–4.)  The findings and

                                                1

1   recommendations were served on the parties and contained notice that objections were to be filed

2   within fourteen days.  (*Id*. at 4.)  To date, no objections have been filed, and the time to do so has

3   now passed.

4         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

5   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

6   magistrate judge's findings and recommendations are supported by the record and by proper

7   analysis.

8         Accordingly,

9       1.    The findings and recommendations issued on July 27, 2021 (Doc. No. 83), are

10         adopted in full;

11      2.    Plaintiff's motion for a preliminary injunction filed on July 26, 2021 (Doc. No. 81)

12         is denied; and

13      3.    This action is referred back to the assigned magistrate judge for further

14         proceedings.

15  IT IS SO ORDERED.

16     Dated:   **August 24, 2021**

17                           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28