UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>           Plaintiff,<br><br>      v.<br><br>S. SMITH, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTION<br><br>(ECF No. 93) |

Plaintiff Binh Cuong Tran is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to extend the time to file a dispositive motion, filed March 17, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to **May 30, 2022**.

IT IS SO ORDERED.

Dated:   **March 18, 2022**

                                                                    UNITED STATES MAGISTRATE JUDGE

1