UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SMITH, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00148-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 96) |

Plaintiff Binh Cuoung Tran is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a dispositive motion, filed May 13, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to thirty (30) days after issuance of the final ruling on Defendants' exhaustion motion for summary judgment.

IT IS SO ORDERED.

Dated: __May 13, 2022__

                                UNITED STATES MAGISTRATE JUDGE

1