# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH CUONG TRAN,<br><br>          Plaintiff,<br><br>     v.<br><br>S. SMITH, et al.,<br><br>          Defendants. | Case No. 1:19-cv-00148-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT ON THE MERITS<br><br>(ECF No. 100) |

Plaintiff Binh Cuong Tran is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a dispositive motion for summary judgment on the merits, filed October 10, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion for summary judgment is extended to **December 1, 2022**.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1